UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JASPER INGRANDE,<br><br>                          Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>                          Defendant. | Case No.:  22-CV-1574-WVG<br><br>**ORDER ON JOINT MOTION TO REMAND** |

Pending before the Court is the Parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. section 405(g) and to Entry of Judgment ("Joint Motion"). (Doc. No. 10.) Given the Parties' agreement to remand this action for further administrative proceedings before an Administrative Law Judge ("ALJ"), the Court GRANTS the Parties' Joint Motion and REMANDS this action pursuant to the Parties' agreement.

**IT IS SO ORDERED.**

DATED: December 19, 2022

_____
Hon. William V. Gallo
United States Magistrate Judge