UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JASPER INGRANDE,<br><br>                          Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                          Defendant. | Case No.:  22-CV-1574-WVG<br><br>**ORDER ON JOINT MOTION FOR EAJA FEES AND COSTS** |

      Before the Court is the Parties' Joint Motion for EAJA Fees and Costs ("Joint Motion"). (Doc. No. 12.) The Parties move the Court for an award of $1,245.24 in attorney fees and $615.00 in costs to Michael Jasper Ingrande ("Plaintiff") under the Equal Access to Justice Act ("EAJA"). The Court DENIES the Joint Motion without prejudice. The Joint Motion is scant in the factual detail necessary for the Court to resolve the Parties' request, specifically as to Plaintiff's counsel's hourly rate, Plaintiff's counsel's time records substantiating the requested fees, and whether Defendant finds both of those metrics justified in light of this litigation. Accordingly, the Court DENIES the Joint Motion without prejudice. The Parties may renew their Joint Motion but are cautioned to review and fully

/ / /

/ / /

comply with the applicable legal standard prior to making further submissions on this matter.

     **IT IS SO ORDERED.**

Dated: March 6, 2023

                                                Hon. William V. Gallo
                                                United States Magistrate Judge